①

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-*143* |
| | ) | |
| GREGORY CARTER | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the

District of Delaware, moves that the Indictment and File in this case be sealed until further order of this

Court.

```
F I L E D

DEC 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

COLM F. CONNOLLY
United States Attorney

By: *Robert F. Kravetz*

Robert F. Kravetz
Assistant United States Attorney

Dated:  December 14, 2006

**AND NOW**, to wit, this ___ day of _____, 2006, upon the foregoing Motion,

**IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until

further order of this court.

Honorable Mary Pat Thynge
United States Magistrate Judge