IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Criminal Action No. 06-143 |
| ) | |
| GREGORY CARTER ) | REDACTED |
| ) | |
| Defendant. ) | |

### SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about December 14, 2005, in the State and District of Delaware, GREGORY CARTER, defendant herein, knowingly distributed 50 grams or more of a mixture or substance that contains cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT II

On or about January 24, 2006, in the State and District of Delaware, GREGORY CARTER, defendant herein, knowingly distributed 5 grams or more of a mixture or substance that contains cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT III

On or about December 14, 2006, in the State and District of Delaware, GREGORY CARTER, defendant herein, knowingly distributed 5 grams or more of a mixture or substance that contains cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).



FILED

MAR - 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: March 6, 2007