IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-143 |
| ) | |
| GREGORY CARTER ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Gregory Carter, as a result of the Superseding Indictment returned against him on March 6, 2007.

FILED
MAR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: March 6, 2007

AND NOW, this ___6___ day of ___March___, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Gregory Carter.

/s/ Mary Pat Thynge
Honorable Mary Pat Thynge
United States Magistrate Judge