IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-143 UNA |
| | ) **(UNDER SEAL)** |
| GREGORY CARTER, | ) |
| | ) |
| Defendant. | ) |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On March 6, 2007, the Grand Jury for the District of Delaware issued a superseding Indictment against Gregory Carter, charging him with three counts of distributing cocaine base, in violation of 21 U.S.C. § 841.

2. Gregory Carter (d.o.b. 01/09/1971, FBI No. 644290KLA5) is currently a pretrial detainee on narcotics charges in the State of New Jersey. The defendant is being detained at the Middlesex County Correctional Facility in Facility, North Brunswick, New Jersey.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, August 16, 2007, at 1:00 p.m.



FILED
JUL 27 2007
U.S. DISTRICT
DISTRICT

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Middlesex County Correctional Facility, New Brunswick, New Jersey, to bring the said defendant Gregory Carter before this Court on August 16, 2007, at 1:00 p.m. for an Initial Appearance and to keep the defendant in federal custody until the conclusion of the federal proceedings.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: July 26, 2007

IT IS SO ORDERED this 27th day of July, 2007.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge