IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>GREGORY CARTER<br>　　Defendant. | §<br>§<br>§　CRIMINAL ACTION NO. 06-143-UNA<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:　DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　WARDEN OF MIDDLESEX COUNTY CORRECTIONAL FACILITY,
　　　NORTH BRUNSWICK, NEW JERSEY

GREETINGS:

　　We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **GREGORY CARTER** who is now detained and imprisoned in the MIDDLESEX COUNTY CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **GREGORY CARTER** was charged with a violation 21 U.S.C. Section 841 ( Distribution of cocaine base ) and is scheduled for an **INITIAL APPEARANCE on THURSDAY, AUGUST 16, 2007** at **1:00 PM** and to remain in the custody of the United States Marshal until the conclusion of the charges.

　　And have you then and there this writ.

　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 27TH day of December 2007.

FILED
JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO, CLERK

By: _____
　　　Deputy Clerk