IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-143-UNA |
| ) | |
| GREGORY CARTER ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves for this Court to unseal the Superseding Indictment and File in the above-captioned matter.



FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: August 16, 2007

AND NOW, to wit, this __16__ day of __August__, 2007, upon the foregoing Motion, IT IS HEREBY ORDERED that the Superseding Indictment and File in the above-captioned case be unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge