AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

GREGORY CARTER

**WARRANT FOR ARREST**

Case Number: CR 06-143-UNA

~~SEALED~~ UNSEALED 8/6/07

*(REDACTED stamp)*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **GREGORY CARTER** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] SUPERSEDING Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with  (brief description of offense)

DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE - ( COUNT I );
DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE - ( COUNT II )
DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE - ( COUNT III )

in violation of Title ___ 21 ___ United States Code, Section(s) ___ 841(a)(1) and (b)(1)(A) ___

PETER T. DALLEO
Name of Issuing Officer

BY: _signature_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

MARCH 6, 2007 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Gregory Carter

| DATE RECEIVED 3/6/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER T.M.C. |
| DATE OF ARREST 8/16/07 | | |