# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-143-UNA |
| v. | § | |
| | § | |
| GREGORY CARTER | § | |
|     Defendant. | § | |

**SEALED** (crossed out) UNSEALED 2/14/07

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
    WARDEN OF MIDDLESEX COUNTY CORRECTIONAL FACILITY,
    NORTH BRUNSWICK, NEW JERSEY

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **GREGORY CARTER** who is now detained and imprisoned in the MIDDLESEX COUNTY CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **GREGORY CARTER** was charged with a violation 21 U.S.C. Section 841 ( Distribution of cocaine base ) and is scheduled for an **INITIAL APPEARANCE on THURSDAY, AUGUST 16, 2007** at **1:00 PM** and to remain in the custody of the United States Marshal until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 27TH day of December 2007.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk

FILED
2008 APR 14
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFIED:** 7/30/07
**AS A TRUE COPY:**
**ATTEST:**
**PETER T. DALLEO, CLERK**
**BY** _____
    **Deputy Clerk**

**U.S. MARSHALS RETURN**

I have partially/fully executed this Writ by taking Custody of the within named

Gregory Carter

And transported him/her to

Fed Court and Return

On 4/11/08

David W. Thomas
United States Marshal, D/Delaware

By: _____
Deputy Marshal